No. 75–6212.  BARRETT *v.* SMITH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–6216.  WILLIAMS *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 75–6236.  MOORE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–6237.  BURNETT ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 75–6239.  DOUGLAS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6241.  ISAAC *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–6245.  ENTREKIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6248.  MORROW ET AL. *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 75–6249.  GONZALEZ-DIAZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 75–6251.  VYMETALIK *v.* SECRETARY OF COMMERCE.  C. A. D. C. Cir.  Certiorari denied.

No. 75–6256.  ROCHA-LOPEZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.